UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46635 |
| RANDALL T TRENT | (Chapter 13) |
| ABBIE L TRENT | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 24 | HILLTOP OB GYN INC<br>MEDICAL PAVILION<br>103 MCKNIGHT DR SUITE A<br>MIDDLETOWN, OH  45044 | 5.64 |
| 7/ 19 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 8.28 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600  Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service                    05-46635

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RANDALL T TRENT
ABBIE L TRENT
3204 TYTUS AVENUE
MIDDLETOWN, OH  45042

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(19.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(74.1n)
CHECK EXCHANGE INC
644 N BROADWAY
LEXINGTON, KY  40508

(82.1n)
CHECK EXCHANGE INC
BOX 44151
CINCINNATI, OH  45244

(71.1n)
FIFTH THIRD MORTGAGE COMPANY
% RICHARDS & ASSOCIATES
3322 ERIE AVE
CINCINNATI, OH  45208

(24.1)
HILLTOP OB GYN INC
MEDICAL PAVILION
103 MCKNIGHT DR SUITE A
MIDDLETOWN, OH  45044

(77.1n)
JAMES E SWAIM
318 W FOURTH ST
DAYTON, OH  45402

(83.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(76.1n)
RECOVERY MANAGEMENT SYS CORP
KARN RODRIGUEZ BK SPECIALISTS
25 SE 2ND AVE SUITE 1120
MIAMI, FL  33131

(59.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv

0546635_42_20110331_1552_278/T317_sv
###