UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:<br>  RANDALL T TRENT<br>  ABBIE L TRENT<br><br>                        Debtors | CASE NO: 05-46635<br>           (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |
|---|---|

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | RANDALL T TRENT & ABBIE L TRENT<br>3204 TYTUS AVENUE<br>MIDDLETOWN, OH  45042 | 3.72 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service    05-46635

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RANDALL T TRENT<br>ABBIE L TRENT<br>3204 TYTUS AVENUE<br>MIDDLETOWN, OH  45042 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (74.1n)<br>CHECK EXCHANGE INC<br>644 N BROADWAY<br>LEXINGTON, KY  40508 |
| (82.1n)<br>CHECK EXCHANGE INC<br>BOX 44151<br>CINCINNATI, OH  45244 | (71.1n)<br>FIFTH THIRD MORTGAGE COMPANY<br>% RICHARDS & ASSOCIATES<br>3322 ERIE AVE<br>CINCINNATI, OH  45208 | (77.1n)<br>JAMES E SWAIM<br>318 W FOURTH ST<br>DAYTON, OH  45402 |
| (83.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 | (76.1n)<br>RECOVERY MANAGEMENT SYS CORP<br>KARN RODRIGUEZ BK SPECIALISTS<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131 | (59.1n)<br>US DEPT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>BOX 5609<br>GREENVILLE, TX  75403 |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv